United States Bankruptcy Court
Middle District of North Carolina

In re:  
Elson Paul Eckler, Jr.  
Crystal Grace Eckler  
    Debtors

Case No. 17-51249-lmj  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0418-6      User: whitesell      Page 1 of 1      Date Rcvd: Oct 15, 2018  
                         Form ID: pdf014      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.  
db/jdb         Elson Paul Eckler, Jr.,    Crystal Grace Eckler,    624 Nottinghill Dr.,    Winston Salem, NC  27107-7679

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov Oct 15 2018 18:21:48      William P. Miller,    Bankruptcy Administrator,    101 South Edgeworth Street,    Greensboro, NC 27401-6024  
                                                                                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:  
            Kathryn L. Bringle,    office@chapter13ws.com  
            Neil D. Jonas    on behalf of Creditor    Bank of America Neil.Jonas@brockandscott.com,    wbecf@brockandscott.com;cltecfnotices@brockandscott.com  
            Neil D. Jonas    on behalf of Creditor    Wells Fargo Bank, N.A. Neil.Jonas@brockandscott.com,    wbecf@brockandscott.com;cltecfnotices@brockandscott.com  
            Patti H. Bass    on behalf of Creditor    CAVALRY SPV I, LLC ecf@bass-associates.com  
            Wendy H. James    on behalf of Debtor Elson Paul Eckler, Jr.    wendyhjames@kernersvillebankruptcy.com,    kvillebankruptcynotices@gmail.com;h.wr74904@notify.bestcase.com  
            Wendy H. James    on behalf of Joint Debtor Crystal Grace Eckler    wendyhjames@kernersvillebankruptcy.com,    kvillebankruptcynotices@gmail.com;h.wr74904@notify.bestcase.com  
                                                                                                         TOTAL: 6



**SO ORDERED.**

**SIGNED** this 15th day of October, 2018.

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **ORDER** |
| ELSON PAUL ECKLER, JR | ) | No. B-17-51249 C-13W |
| CRYSTAL GRACE ECKLER, | ) | |
| Debtors. | ) | |

The Chapter 13 case of Elson Paul Eckler Jr. and Crystal Grace Eckler ("the Debtors") came before the Court on October 10, 2018 on a motion by the Debtors for authorization to withdraw funds from a retirement account. All interested parties having received proper notice, appearing at the hearing were Wendy H. James, Debtors' Counsel and Vernon J. Cahoon, Chapter 13 Staff Attorney. Crystal Grace Eckler was also present.

Ms. Eckler will incur unanticipated medical expenses. She seeks authorization to withdraw $4,277.41 from her retirement account to cover these expenses. The current balance in the account is approximately $8,213.71.

The Court finds that cause exists to grant the motion. The Debtors must pay any taxes and penalties arising from the withdrawal at the time of the withdrawal. Debtors' Counsel withdrew her request for attorney compensation in Open Court; therefore, it is

**ORDERED** that Ms. Eckler is authorized to withdraw approximately $4,277.41 from her retirement account for the reasons stated herein. Any taxes and penalties arising from the withdrawal will be paid at the time of the withdrawal.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-51249    C-13W

ELSON PAUL ECKLER, JR.
CRYSTAL ECKLER
624 NOTTINGHILL DR.
WINSTON SALEM, NC 27107-7679

WENDY H JAMES
112 HARMON LN SUITE B
P O BOX 1182
KERNERSVILLE, NC 27285-1182

ROBERT E PRICE, JR
ASSISTANT BANKRUPTCY ADMINISTRATOR
MIDDLE DISTRICT OF NORTH CAROLINA
101 S. EDGEWORTH STREET
GREENSBORO, NC 27401

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
P. O. BOX 2115
WINSTON-SALEM, NC  27102-2115