**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| ELSON PAUL ECKLER, JR. | ) | |
| CRYSTAL GRACE ECKLER | ) | No: B-17-51249 C-13W |
| | ) | |
| Debtors | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

Burke County Tax Collector ("Tax Collector") filed a priority claim for $75.11 based on personal property taxes. The Trustee is of the belief that this claim should be paid in full through the Plan.

It is recommended as follows:

1. That the claim of the Burke County Tax Collector for $75.11 be paid in full through disbursements by the Trustee at the rate of $10.00 per month, without interest.

2. That the Debtors pay directly all personal property taxes which come due to the Burke County Tax Collector for the year 2018 and thereafter.

Date: October 31, 2018                                              s/ Kathryn L. Bringle
KLB: THF/plc                                                        Trustee

-------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by November 30, 2018 with the United States Bankruptcy Court at the address of

*226 South Liberty Street*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on December 19, 2018 at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.

Date: October 31, 2018                    OFFICE OF THE CLERK
                                          U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-51249- C-13W

BURKE COUNTY TAX COLLECTOR
P O BOX 219
MORGANTON, NC 28655

ELSON PAUL ECKLER, JR.
CRYSTAL GRACE ECKLER
624 NOTTINGHILL DR.
WINSTON SALEM, NC 27107-7679

WENDY H JAMES
112 HARMON LN SUITE B
P O BOX 1182
KERNERSVILLE, NC 27285-1182

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115