UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ELSON PAUL ECKLER JR. | ) | Case No. B-17-51249   C-13W |
| CRYSTAL GRACE ECKLER, | ) | |
| | ) | |
| Debtors | ) | |

## WITHDRAWAL OF MOTION

     Kathryn L. Bringle, Trustee in this Chapter 13 case, respectfully withdraws the Motion which was filed with this Court on or about November 1, 2018 (docket #31) to classify the $6,094.05 claim of Cavalry Spv I, LLC as unsecured.


Date:  November 13 2018                                                               s/ Kathryn L. Bringle
KLB/VJC/ae                                                                          Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ELSON PAUL ECKLER JR | ) | |
| CRYSTAL GRACE ECKLER | ) | Case No:  B-17-51249   C-13W |
| | ) | |
| Debtors | ) | |

CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the foregoing Withdrawal of mMotion was served on the following parties by mailing a copy by first-class mail, postage prepaid, addressed as follows:

CAVALRY SPV I LLC
%BASS & ASSOCIATES PC
3936 E FT LOWELL RD SUITE #200
TUCSON, AZ 85712

ELSON PAUL ECKLER, JR.
CRYSTAL GRACE ECKLER
624 NOTTINGHILL DR.
WINSTON SALEM, NC 27107-7679

WENDY H JAMES
112 HARMON LN SUITE B
P O BOX 1182
KERNERSVILLE, NC 27285-1182


Date:  November 12, 2018                                                                   s/ Kathryn L. Bringle
KLB/VJC/ae                                                                                          Chapter   13   Trustee